
Ahlers & Cooney, P.C.
*Attorneys at Law*

100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
**Phone:** 515-243-7611
**Fax:** 515-243-2149
**www.ahlerslaw.com**

Miriam D. Van Heukelem
515.246.0362
mvanheukelem@ahlerslaw.com

Emily A. Kolbe
515.246.0362
ekolbe@ahlerslaw.com

July 14, 2023

*Via CM/ECF*

Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

       RE:    *Parents Defending Education v. Linn-Mar Community School District et al.*
               Case No. 22-2927

Dear Mr. Gans:

    Pursuant to Federal Rule of Appellate Procedure 28(j), Defendants-Appellees respectfully submit this letter to inform the Court of a significant development in Iowa state law impacting the Linn-Mar Community School District's policy at issue in this case.

    On May 26, 2023, Governor Kimberly Reynolds signed into law Senate File 496. Under the law, school districts are prohibited from knowingly giving false or misleading information to a parent or guardian of their student's gender identity or the student's "intention to transition to a gender that is different than the sex listed on a student's official birth certificate…." Iowa S.F. 496, § 14(2) (amending Iowa Code § 279.78). Additionally, the new law provides:

> If a student enrolled in a school district requests an accommodation that is intended to affirm the student's gender identity from a licensed practitioner employed by the school district, including a request that the licensed practitioner address the student using a name or pronoun that is different than the name or pronoun assigned to the student in the school district's registration forms or records, the licensed practitioner shall report the student's request to an administrator employed by the school district, and the administrator shall report the student's request to the student's parent or guardian.

Iowa S.F. 496, § 14(3).

    Under the law, which went into effect on July 1, 2023, Plaintiff-Appellant's motion for preliminary injunction with respect to the rights of Parents A–D is moot because the District will be required to affirmatively notify any parent of a student's request for gender-related name and

WISHARD & BAILY - 1888; GUERNSEY & BAILY - 1893; BAILY & STIPP - 1901; STIPP, PERRY, BANNISTER & STARZINGER - 1914; BANNISTER, CARPENTER,
AHLERS & COONEY - 1950; AHLERS, COONEY, DORWEILER, ALLBEE, HAYNIE & SMITH - 1974; AHLERS, COONEY, DORWEILER, HAYNIE, SMITH & ALLBEE, P.C. - 1990

Appellate Case: 22-2927     Page: 1     Date Filed: 07/14/2023 Entry ID: 5295734

pronoun changes and other accommodations that may be requested by a student "intended to affirm the student's gender identity." The change in law does not impact the remaining issues in this case.

    Thank you for your attention to this matter.

Very truly yours,

Ahlers & Cooney, P.C.

*/s/ Miriam Van Heukelem*

Miriam D. Van Heukelem

*/s/ Emily A. Kolbe*

Emily A. Kolbe

EAK:pn

### CERTIFICATE OF SERVICE

    I certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    */s/ Emily A. Kolbe*