# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Parents Defending Education vs. Linn-Mar Community School District

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-2927 **for the following party(s): (please specify)**

One Iowa and Iowa Safe Schools

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Thomas D. Story  s/: Thomas D. Story

Firm Name: ACLU of Iowa Foundation, Inc.

Business Address: 505 Fifth Ave., Ste. 808

City/State/Zip: Des Moines, IA 50309-2317

Telephone Number (Area Code): (515) 243-3988

Email Address: thomas.story@aclu-ia.org

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 7/14/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: