# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 13, 2022

Mr. John Michael Connolly and
   Mr. James F. Hasson
CONSOVOY & MCCARTHY
Suite 700
1600 Wilson Boulevard
Arlington, VA  22209

Mr. Alan R. Ostergren
ALAN OSTERGREN
Suite 199
500 Locust Street
Des Moines, IA  50309

   RE:  22-2927  Parents Defending Education v. LinnMar Community School Dist., et al

Dear Counsel:

   The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

   Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

   The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

   Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

   The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Page Two
22-2927

    Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

    On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

    If you have any questions about the schedule or procedures for the case, please contact our office.

    Michael E. Gans
    Clerk of Court

CAH

Enclosure(s)

cc:    Mr. Clerk, U.S. District Court, Northern Iowa
      Ms. Emily Ann Kolbe
      Ms. Shelly Semmler
      Mr. Miriam Deborah Van Heukelem

    District Court/Agency Case Number(s): 1:22-cv-00078-CJW

**Caption For Case Number: 22-2927**

Parents Defending Education

    Plaintiff - Appellant

v.

Linn Mar Community School District; Shannon Bisgard, in his official capacity as Superintendent; Brittania Morey, In their official capacity as a member of the Linn Marr Community School District School Board; Clark Weaver, In their official capacity as a member of the Linn Marr Community School District School Board; Barry L. Buchholz, In their official capacity as a member of the Linn Marr Community School District School Board; Sondra Nelson, In their official capacity as a member of the Linn Marr Community School District School Board; Matt Rollinger, In their official capacity as a member of the Linn Marr Community School District School Board; Melissa Walker, In their official capacity as a member of the Linn Marr Community School District School Board; Rachel Wall, In their official capacity as a member of the Linn Marr Community School District School Board

    Defendants - Appellees

**Addresses For Case Participants:   22-2927**

Mr. John Michael Connolly
CONSOVOY & MCCARTHY
Suite 700
1600 Wilson Boulevard
Arlington, VA  22209

Mr. James F. Hasson
CONSOVOY & MCCARTHY
Suite 700
1600 Wilson Boulevard
Arlington, VA  22209

Mr. Alan R. Ostergren
ALAN OSTERGREN
Suite 199
500 Locust Street
Des Moines, IA  50309

Mr.  Clerk, U.S. District Court, Northern Iowa
U.S. DISTRICT COURT
Northern District of Iowa
111 Seventh Street, S.E.
Box 12
Cedar Rapids, IA  52401-2102

Ms. Emily Ann Kolbe
AHLERS & COONEY
Suite 600
100 Court Avenue
Des Moines, IA  50309-2207

Ms. Shelly Semmler
UNITED STATES COURTHOUSE
Room 301
320 Sixth Street
Sioux City, IA  51101-0000

Mr. Miriam Deborah Van Heukelem
AHLERS & COONEY
Suite 600
100 Court Avenue
Des Moines, IA  50309-2207